

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN CAMPBELL,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  2:10-CR-291-GMN-(GWF)<br>)<br>)<br>)<br>) |

## ORDER OF FORFEITURE

This Court finds that on June 24, 2014, defendant BRIAN CAMPBELL pled guilty to Count One of a One-Count Criminal Indictment charging him with Conspiracy to Commit Bank Fraud in violation of Title 18, United States Code, Section 1344. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 20; Change of Plea, ECF No. ___.

This Court finds defendant BRIAN CAMPBELL agreed to the forfeiture of the in personam criminal forfeiture money judgment of $98,000.00 set forth in the Plea Agreement and the Forfeiture Allegation in the Criminal Indictment. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 20; Change of Plea, ECF No. ___.

This Court finds that BRIAN CAMPBELL shall pay a criminal forfeiture money judgment of $98,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from BRIAN CAMPBELL a criminal forfeiture money judgment in the amount of $98,000.00 in United States Currency.

DATED this ___ day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE