


**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN CAMPBELL,<br>true name Bryan Campbell,<br><br>Defendant. | ) | 2:10-CR-291-GMN-(GWF) |

**ORDER OF FORFEITURE**

This Court found on June 24, 2014, that BRIAN CAMPBELL, true name Bryan Campbell shall pay the criminal forfeiture money judgment of $98,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 20; Change of Plea, ECF No. 22; Order of Forfeiture, ECF No. 23.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from BRIAN CAMPBELL, true name Bryan Campbell the criminal forfeiture money judgment in the amount of $98,000.00 in United States Currency pursuant to Fed. R. Crim. P.

. . .

. . .

. . .

32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this 25 day of September, 2014.

UNITED STATES DISTRICT JUDGE